FORM TO BE USED BY PRISONERS IN FILING A COMPLAINT
UNDER THE CIVIL RIGHTS ACT, 42 U.S.C. § 1983

IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
__Pine bluff__ DIVISION

CASE NO. __4:22-cv-00993-BRW-JJV__

FILED
U.S. DISTRICT COURT
EASTERN DISTRICT ARKANSAS
OCT 11 2022
TAMMY H. DOWNS, CLERK
By: _____ DEP CLERK

Parties

In item A below, place your name in the first blank and place your present address in the second blank. Do the same for additional plaintiffs, if any.

A.  Name of plaintiff: __Jeffrey Edwards__
    ADC# __112033__
    Address __Cummins Unit, P.O Box 500 Grady, AR 71644__

    Name of plaintiff: _____
    ADC# _____
    Address _____

    This case assigned to District Judge __Wilson__
    and to Magistrate Judge __Volpe__

    Name of plaintiff: _____
    ADC# _____
    Address _____

In Item B below, place the full name of the defendant in the first blank, his official position in the second blank, his place of employment in the third blank, and his address in the fourth blank.

B.  Name of defendant: __Sheri J Flynn__
    Position: __Administrator At SOCNA__
    Place of employment: __SOCNA__
    Address: __P.O. Box 6209 Pine bluff, AR 71611__

    Name of defendant: __J Micheal Wood__
    Position: __P.H.D At SOCNA__
    Place of Employment: __SOCNA__

1

Address: _P.O. Box 6209 Pine Bluff, Ar 71611_

Name of defendant: _____

Position: _____

Place of Employment: _____

Address: _____

Name of defendant: _____

Position: _____

Place of Employment: _____

Address: _____

Are you suing the defendants in:

☑ official capacity only
☐ ~~personal capacity only~~
☐ ~~both official and personal capacity~~

III. Previous Lawsuits

Have you begun other lawsuits in state or federal court dealing with the same facts involved in this action?

Yes _____ No ___✓___

If your answer to A is yes, describe each lawsuit in the space below. (If there is more than one lawsuit, describe the additional lawsuits on another pieced of paper, using the same outline.)

Parties to previous lawsuit

Plaintiffs: _____

Defendants: _____

Court (if federal court, name the district; if state court, name the county):

2

Docket Number: _____

Name of judge to whom case was assigned: _____

Disposition (for example: Was the case dismissed? Was it appealed? Is it still pending? _____

Approximate date of filing lawsuit: _____

Approximate date of disposition: _____

IV. Place of present confinement: **Cummins Unit P.O. Box 500 Grady, AR 71644**

V. At the time of the alleged incident(s), were you:
(check appropriate blank)

~~_____in jail~~ and still awaiting trial on pending criminal charges

____✓____ serving a sentence as a result of a judgment of conviction

_____ in jail for other reasons (e.g., alleged probation violation, etc.)
explain: _____

VI. The Prison Litigation Reform Act (PLRA), 42 U.S.C. § 1997e, requires complete exhaustion of administrative remedies of all claims asserted, prior to the filing of a lawsuit. There is a prisoner grievance procedure in the Arkansas Department of Correction, and in several county jails. Failure to complete the exhaustion process provided as to each of the claims asserted in this complaint may result in the dismissal without prejudice of all the claims raised in this complaint.

A. Did your file a grievance or grievances presenting the facts set forth in this complaint?

Yes ~~[scribbled]~~ ~~No [scribbled]~~

Did you completely exhaust the grievance(s) by appealing to all levels within the grievance procedure?

Yes ~~[scribbled]~~   ~~Not necessary to appeal~~
~~Exhaustion~~ **Yes**

3

# I JURISDICTION & VENUE

1. This is a civil action authorized by 42 U.S.C. Section 1983 to redress the deprivation, under color of State Law, of rights secured by the Constitution of the United States. This Court has Jurisdiction under 28 U.S.C. Section 1331 and 1343 (a)(3). Plaintiff Jeffrey Edwards seeks declaratory relief pursuant to 28 U.S.C. Section 2201 and 2202. Plaintiff Jeffrey Edwards claims for Injunctive relief are authorized by 28 U.S.C. Sections 2283 & 2284 and Rule 65 of the Federal Rules of Civil Procedure.

2. The Eastern district of Arkansas is an Appropriate venue under 28 U.S.C. Section 1391 (b)(2) because it is where the Events giving rise to this claim occurred.

# II PLAINTIFFS

3. Plaintiff, Jeffrey Edwards is and was at all times mentioned herein a Prisoner of the State of Arkansas in the Custody of the Ark. Dept. of Corr. Currently confined At Cummins Unit in Grady, Arkansas.

4

# III DEFENDANTS

4. Defendant Sheri Flynn is the Administrator at SOCNA In Pine Bluff, Arkansas. who At All times mentioned In this Complaint is responsible for the overall Leveling and Classification of sex offenders for the Arkansas Dept. of Corrections.

5. Defendant J Micheal Wood is the P.H.D At S-OCNA in Pine Bluff, who At All times mentioned In this Complaint is Responsible for Reviewing, editiens & and Approving the overall Leveling and Classification of Sex offenders for the Arkansas Dept. of Corrections.

6. Each Defendant is Sued In their official Capacities and At All times mentioned in this Complaint each defendant acted Under the Color of State law.

# IV FACTS

7. At All times Mentioned In this Case. Plaintiff Jeffrey Edwards is Classified as a Sexually dangerous Person and a level 4 sex offender.

5

(8.) On August 30, 2021 Plaintiff Jeffrey Edwards recieved a copy of his Assessment Report that was Prepared by defendant Sheri flynn and Approved by J Micheal wood

(9) A Copy of the Assessment Report Is Attached As Exibit B.

(10.) On Page 1 of 6 the Interviewer of Plaintiff Jeffrey Edwards left SOCNA as an employee Prior to Completing the Report

(11.) On Page 3 of 6 It States that All but 2 of the Reports are Unsubstantiated.

(12) The Maltreatment Summary Reports on Page 3 of 6 says that the Alleged offender is Jeffrey Thomas

(13) Plaintiff Jeffrey Edwards Informed sheri flynn that there were 2 diffrent People in the Report and

6

that I'm Not Jeffrey Thomas

(14) The Sex offender Registration Act of 1997 Requires for the Sentencing court to declare the defendant A Sexually dangerous Person.

(15) Level 4: Sexually dangerous Person is when a defendant has been adjudicated guilty of A Sex offense on the grounds of A mental disease or defect

(16) To be classified As A Sexually dangerous Person) The Judgement & Committement order shall show If the Crime is A Aggravated sex offense. U.S.C Title 18, §2241

(17) A copy of the Judgement & Committement order is Attached AS Exibit A and It shows that there was no Aggravated sex offense nor was the Plaintiff was Adjudicated guilty because of A mental defect

87

(18) Prior to the 1997 Sex Conviction, The Plaintiff did not have any Prior Sex Convictions or Multiple Victims.

(19) Pursuant to Ark. Code Ann § 12-18-906 Records of Cases where Allegations are Unsubstantiated shall not be Included in the Child Maltreatment Central Registry.

(20) Within the time and Manner required by law, no Court has ever declared Plaintiff Jeffrey Edwards to be A sexually dangerous Person. A.C.A § 12-12-918

(21) Pursuant to Ark. Code Ann § 5-2-303, theres no Substantial evidence that Plaintiff Jeffrey Edwards suffered from a mental disease or defect

(22) The Provisions of Ark. Code Ann § 12-12-918 uses Mandatory language and Imposes substantive limits on the discretion of Defendants Sheriflynn and J Micheal Wood, which creates A Protected liberty Interest.

8

23. Circumstances, facts and Psychological disorders Affecting the level of Risk posed by Plaintiff Jeffrey Edwards was never Approved by a liscensed Psychologist or Psychatrist

24. The Prosecutor Never Notified the Court that A determination is being Sought as to whether Plaintiff, Jeffrey Edwards is a Sexually Violent Predator.

25. The Judgement + Commitment order and disposition shows no Indication that Plaintiff Jeffrey Edwards is A Sexually Violent Predator

26. The Sex offender Assessment Committee made no recommendation to the Court and No hearing occurred.

27. The level 4 designation requires findings that Plaintiff Jeffrey Edwards is A sexually dangerous Person

28. A.C.A § 12-12-918 mandates that For A defendant to be classified as a sexually dangerous Person and A Level 4 Sex offender must be made by A Court and not the sex offender Assessment Committee

9

(29) The Sex offender Registration Act was enacted in 1997 Prior to the Rape Convictions in 1997. Meaning that the S.O.A.C sheri flynn and J Micheal wood exceeded their statutory Authority in classifying Plaintiff Jeffrey Edwards a sexually dangerous Person and a level 4 sex offender.

(30) Pursuant to A.C.A § 12-12-922 No Substantial evidence were found to believe that the Plaintiff may be a sexually dangerous Person

## V LEGAL CLAIMS

(31) Defendants Sheri flynn and J Micheal Wood's classification of Plaintiff Jeffrey Edwards As A sexually dangerous Person without following proper Procedures set Forth in A.C.A § 12-12-918 and A.C.A § 12-12-922 violated Plaintiff's due Process rights Under the 14th Amendment of the United States Constitution.

(32) The Mandatory Language used in the Provisions that were not followed in A.C.A.§ 12-12-918 and A.C.A.§ 12-12-922 and the Limiting of the defendants discretion creates a Protected Liberty Interest

10

33. Plantiff Jeffrey Edwards has no Plain, Adequate or Complete remedy at Law to redress the wrongs described herein. Plaintiff Jeffrey Edwards has been and will continue to be classified as a sexually dangerous Person and a Level 4 Sex offender unless the Court grants the declatory relief, Prospective and Preliminary as well as a Permanent Injunction ordering the S.O.A.C, sheri flynn and J Micheal wood to unclassify Plaintiff Jeffrey Edwards as a Sexually dangerous Person and to reduce his sex offender level to 2.

## VI PRAYER FOR RELIEF

WHEREFORE Plaintiff Prays that this Court enter Judgement

34. Granting Plaintiff Jeffrey Edwards a declaration that the Acts and omissions described herein violates his rights under the Constitution and laws of the United States, and

35. A Prospective, Preliminary and Permanent Injunction ordering the S.O.A.C, sheri flynn and J michal

11

Wood to unclassify Plaintiff Jeffrey Edwards as a sexually dangerous Person and Reduce his level to 2

36. Plaintiff also seek a Jury trial on all issues triable by Jury and Any Additional relief this Court deems Just and Proper and Equitable

Dated: 10 - 6 - 2022

Respectfully Submitted
Jeffrey Edwards #117033
Cummins Unit
P.O. Box 500
Grady, AR 71644

VERIFICATION

I have read the Foregoing Complaint and hereby verify that the Matters alleged therein are true and Correct. I certify under Penalty of Perjury that the Foregoing is true and correct. Executed at Cummins Unit in Grady, Ark on 10 - 6 - 2022

Jeffrey Edwards

IGTT400                                                                                       Attachment II
3GR

# ACKNOWLEDGMENT OR REJECTION OF UNIT LEVEL GRIEVANCE

TO: Inmate  Edwards, Jeffrey W.            ADC #:  112033A
FROM: Green, Shakita S                     TITLE:  ADC Inmate Grievance Coord
DATE: 06/30/2022                           GRIEVANCE #: CU-22-00519

Please be advised, I have received your Grievance dated 06/25/2022 on 06/30/2022 .
Your grievance was rejected as either non-grievable, untimely, duplicative, frivolous, or vexatious.



Signature of ADC Inmate Grievance Coord

## CHECK ONE OF THE FOLLOWING

- [ ] This Grievance will be addressed by the Warden/Center Supervisor or designee.
- [ ] This Grievance is of a medical nature and has been forwarded to the Health Services Administrator who will respond.
- [ ] This Grievance involves a mental health issue and has been forwarded to the Mental Health Supervisor who will respond.
- [x] This Grievance has been determined to be an emergency situation, as you so indicated.
- [ ] This Grievance has been determined to not be an emergency situation because you would not be subject to a substantial risk of personal injury or other serious irreparable harm. Your Grievance will be processed as a Non-Emergency.
- [ ] This Grievance was REJECTED because it was either non-grievable ( ), untimely, was a duplicate of , or was frivolous or vexatious.

## INMATE'S APPEAL

If you disagree with a rejection, you may appeal this decision within five working days by filling in the information requested below and mailing it to the appropriate Chief Deputy/Deputy/Assistant Director. If you do not receive communication regarding your grievance by the date listed above, you may move to the next level of the process. To do so, indicate in the Inmate's Appeal Section below that you did not receive a response and mail it to the appropriate Chief Deputy/Deputy/Assistant Director within five working days. Keep in mind that you are appealing the decision to reject the original complaint. Address only the rejection; do not list additional issues, which were not a part of your original grievance as they will not be addressed. Your appeal statement is limited to what you write in the space provided below.

Inmate Signature

ADC#: 112033    Date: 6-30-22

If appealing a rejection, please include both the Unit Level Grievance
Form (Attachment I) and the Rejection (Attachment II)

**UNIT LEVEL GRIEVANCE FORM** (Attachment I)   REJECT
Unit/Center ___Cummins___                          Untimely
Name ___Jeffrey Edwards___
ADC# _112033_  Brks # _12A_  Job Assignment _I.L_

FOR OFFICE USE ONLY
RECEIVED CUMMINS UNIT
GRV. # CU-22-00519
Date Received JUN 3 0 2022
GRV. Code #: 299
GRIEVANCE OFFICE

_6-25-22_ (Date) STEP ONE: Informal Resolution

_6-28-22_ (Date) STEP TWO: Formal Grievance (All complaints/concerns should first be handled informally.)
If the issue was not resolved during Step One, state why: Said it was not Enough info + is over the Time limit

_____, (Date) EMERGENCY GRIEVANCE (An emergency situation is one in which you may be subject to a substantial risk of physical harm: emergency grievances are not for ordinary problems that are not of serious nature). If you marked yes, give this completed form to the designated problem-solving staff, who will sign the attached emergency receipt. In an Emergency, state why: _____

Is this Grievance concerning Medical or Mental Health Services? ____ If yes, circle one: medical or mental
**BRIEFLY** state your one complaint/concern and be specific as to the complaint, **date**, place, name of personnel involved and how you were affected. (Please Print): On 8-31-2021, Administrator for the SOCNA Assessment Sheri Flynn and phd J. Micheal Wood unlawfully classified me as a SOP and a level 4. The assessment contained false information about me that defamed my character, accusing me of being someone else by the name of Jeffrey Thomas. This defamation has ruined my reputation, embarassed me and has caused me emotional stress and mental Anguish, all without following proper procedures of the Sex offender Assessment protocol

_____Jeffrey Edwards_____                _6-25-22_
Inmate Signature                          Date

*If you are harmed,threatened because of your use of the grievance process, report it immediately to the Warden or designee.*

**THIS SECTION TO BE FILLED OUT BY STAFF ONLY**
This form was received on _6-27-22_ (date), and determined to be **Step One** and/or an Emergency Grievance _NO_ (Yes or No). This form was forwarded to medical or mental health? _NO_ (Yes or No). If yes, name of the person in that department receiving this form: _____ Date

Alicia Simmons  98508   Alicia Simmons   6-27-2022
PRINT STAFF NAME (PROBLEM SOLVER)  ID Number  Staff Signature   Date Received

Describe action taken to resolve complaint, including **dates**: This grievance is beyond the time frame, must not be over 15 working days. You did not provide enough information to conduct an investigation.

Alicia Simmons June 28, 2022       _Jeffrey Edwards_   _6-28-22_
Staff Signature & Date Returned    Inmate Signature & Date Received

This form was received on _6-28-22_ (date), pursuant to **Step Two**. Is it an Emergency? _____ (Yes or No)
Staff Who Received Step Two Grievance: _____ Date: _____
Action Taken: _____ (Forwarded to Grievance Officer/Warden/Other) Date: _____
If forwarded, provide name of person receiving this form: _____ Date: _____

---
**DISTRIBUTION: YELLOW & PINK** - Inmate Receipts; **BLUE** - Grievance Officer; **ORIGINAL** - Given back to Inmate after Completion of Step One and Step Two.

ADCF-15

IGTT405  Attachment V
3GT

# ACKNOWLEDGEMENT OF GRIEVANCE APPEAL
## or REJECTION OF APPEAL

TO: Inmate  Edwards, Jeffrey W.  ADC #: 112033A
FROM: Reed, Marshall (Dale) D  TITLE: Chief Deputy Director
RE: Receipt of Grievance  CU-22-00728  DATE: 09/13/2022

Please be advised, the appeal of your grievance dated
06/24/2022
was received in my office on this date  09/13/2022

**Your grievance appeal is being returned pursuant to the Administrative Directive on Inmate Grievances due to one of the following:**

- [x] The time allowed for appeal has expired
- [ ] The matter is non-grievable and does not involve retaliation:
    - [ ] (a) Parole and/or Release matter
    - [ ] (b) Transfer
    - [ ] (c) Job Assignment (Unrelated to Medical Restriction)
    - [ ] (d) Disciplinary matter
    - [ ] (e) Matter beyond the Division's control and/or matter of State/Federal law
    - [ ] (f) Involves an anticipated event
    - [ ] (g) Publication
- [ ] You did not send all the proper Attachments:
    - [ ] (a) Unit Level Grievance Form (Attachment 1)
    - [ ] (b) Warden's/Center Supervisor's Decision (Attachment III); or Health Services Response (Attachment IV for Health Issues Only)
    - [ ] (c) Acknowledgement and/or Rejection form (Attachment II)
    - [ ] (d) Step Two was appropriately rejected
    - [ ] (e) Did not give reason for disagreement in space provided for appeal
    - [ ] (f) Did not complete Attachment III or IV by signing your name, ADC#, and/or the date
    - [ ] (g) Unsanitary form(s) or documents received
- [ ] This Appeal was REJECTED because it was a duplicate of  , or was frivolous or vexatious

IGTT400   Attachment II
3GR

## ACKNOWLEDGMENT OR REJECTION OF UNIT LEVEL GRIEVANCE

TO: Inmate  Edwards, Jeffrey W.   ADC #: 112033A
FROM: Green, Shakita S   TITLE: ADC Inmate Grievance Coord
DATE: 08/24/2022   GRIEVANCE #: CU-22-00728

Please be advised, I have received your Grievance dated 06/24/2022 on 08/24/2022.
Your grievance was rejected as either non-grievable, untimely, duplicative, frivolous, or vexatious.

*Shakita Green*

Signature of ADC Inmate Grievance Coord

RECEIVED
SEP 13 2022
INMATE GRIEVANCES SUPERVISOR
ADMINISTRATION BUILDING

### CHECK ONE OF THE FOLLOWING

☐ This Grievance will be addressed by the Warden/Center Supervisor or designee.
☐ This Grievance is of a medical nature and has been forwarded to the Health Services Administrator who will respond.
☐ This Grievance involves a mental health issue and has been forwarded to the Mental Health Supervisor who will respond.
☐ This Grievance has been determined to be an emergency situation, as you so indicated.
☐ This Grievance has been determined to not be an emergency situation because you would not be subject to a substantial risk of personal injury or other serious irreparable harm. Your Grievance will be processed as a Non-Emergency.
☒ This Grievance was REJECTED because it was either non-grievable ( ), untimely, was a duplicate of , or was frivolous or vexatious.

### INMATE'S APPEAL

If you disagree with a rejection, you may appeal this decision within five working days by filling in the information requested below and mailing it to the appropriate Chief Deputy/Deputy/Assistant Director. If you do not receive communication regarding your grievance by the date listed above, you may move to the next level of the process. To do so, indicate in the Inmate's Appeal Section below that you did not receive a response and mail it to the appropriate Chief Deputy/Deputy/Assistant Director within five working days. Keep in mind that you are appealing the decision to reject the original complaint. Address only the rejection; do not list additional issues, which were not a part of your original grievance as they will not be addressed. Your appeal statement is limited to what you write in the space provided below.

Did Not Recieve A response & Grrevence was returned 2 months lAter

*Jffry Edwrds*   ADC#: 112033   8/26/22
Inmate Signature   Date

If appealing a rejection, please include both the Unit Level Grievance
Form (Attachment I) and the Rejection (Attachment II)

IGTT400   Page 1 of 1

Jeffrey Edwards #111033
Cummins Unit
P.O. Box 500
Grady, AR 71644




Clerk of Court (Eastern Dist)
UNITED STATES DISTRICT COURT
600 West Capital Ave
Suite A-149
Little Rock, AR 72201