IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

**JEFFREY EDWARDS**
**ADC #112033**                                                                                           **PLAINTIFF**

**VS.**                                               **4:22-CV-00993-BRW-JJV**

**SHERI J. FLYNN, Administrator; and**
**J. MICHEAL WOOD, PhD, SOCNA**                                       **DEFENDANTS**

## JUDGMENT

Based on the dispositive Order entered today, Plaintiff's claims are dismissed. I certify that an *in forma pauperis* appeal would not be taken in good faith.[1]

IT IS SO AJUDGED this 9th day of November 2022.

                                                        BILLY ROY WILSON
                                  UNITED STATES DISTRICT JUDGE

---

[1] 28 U.S.C. § 1915(a)(3).

1